IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| CARRIE ANNE SEIFERT, ADMINISTRATOR OF THE ESTATE OF JOHN IAN SEIFERT, DECEASED, <br><br> Plaintiff, <br><br> v. <br><br> THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, <br><br> AND <br><br> POHANKA CHEVROLET, INC., <br><br> AND <br><br> TERRY LEE DOYLE, <br><br> Defendants. | Civil Action No.: 5:23-cv-00039 |

## NOTICE OF REMOVAL

Defendant The Travelers Indemnity Company of Connecticut ("Travelers"), by counsel, hereby files this Notice of Removal pursuant to the provisions of 28 U.S.C. §§ 1332, 1441, and 1446, and states as follows for its Notice of Removal:

1. This civil action commenced in the Circuit Court for Clarke County, Virginia on May 16, 2023, with the filing of a Complaint styled *Plaintiff Carrie Anne Seifert, Administrator of the Estate of John Ian Seifert, Deceased v. The Travelers Indemnity Company of Connecticut, et al.,* Case No. CL23-210.

2. Attached hereto as Exhibit A and made part hereof is a copy of all the process, orders, and pleadings filed and/or served in this action, including the Complaint.

3. Defendant Travelers received a copy of the Complaint (and accompanying Summons) on May 24, 2023, when a copy of the Complaint and Summons was delivered to Travelers's registered agent.

4. This Notice of Removal is timely filed—within 30 days after Travelers was served with the Summons and Complaint (the initial pleading setting forth Plaintiff's claim for relief upon which this action is based).

5. Plaintiff is and was, both at the time of the commencement of this action and at the time of filing of this Notice of Removal, a citizen of Virginia.

6. Defendant Travelers was and is, both at the time of the commencement of this action and at the time of the filing of this Notice of Removal, a corporation organized and existing under the laws of the State of Connecticut (incorporated in Connecticut) with its principal place of business in Connecticut – thus, a citizen of Connecticut.

7. Defendant Terry Lee Doyle ("Doyle") is a nominal party to this action (as no relief is requested of or against him in this action). Accordingly, his citizenship is not considered for purposes of determining diversity of citizenship under 28 U.S.C. § 1332, and his consent to removal is not required and has not been obtained.

8. Defendant Pohanka Chevrolet, Inc. ("Pohanka") is a nominal party to this action (as no relief is requested of or against it in this action). Accordingly, its citizenship is not considered for purposes of determining diversity of citizenship under 28 U.S.C. § 1332, and its consent to removal is not required and has not been obtained.

9. In this action (as alleged in the Complaint for Declaratory Judgment), Plaintiff seeks a judicial declaration that, with respect to an accident that occurred on June 18, 2021 in which Plaintiff's decedent was severely injured (the "Accident"), a policy of insurance issued by

Travelers to Pohanka Chevrolet, Inc. provides its full liability limits. As alleged, the relevant policy has liability coverage limits of $1,000,000 per accident. As alleged in the Complaint in this action, Plaintiff has also filed a separate action against Terry Doyle (the alleged tortfeasor with respect to the Accident) to recover for the injuries/damages Plaintiff's decedent sustained as a result of the Accident (the "Underlying Suit"). Plaintiff seeks $5,000,000 in damages in the Underlying Suit (a copy of the Complaint from the Underlying Suit is attached as Exhibit B). Accordingly, the pecuniary effect on Travelers of an adverse declaration, verdict or judgment in this action will exceed $75,000.00 (exclusive of interest and costs), and the amount in controversy in this action exceeds $75,000.00 (exclusive of interest and costs).

10. This action is a civil action over which the Court has original jurisdiction pursuant to the provisions of 28 U.S.C. § 1332 and which is removable pursuant to 28 U.S.C. § 1441 in that:

   (a) The matter in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs; and

   (b) Plaintiff was and is, both at the time of the commencement of this action and at the time of the filing of this Notice of Removal, a citizen of the Commonwealth of Virginia; and

   (c) Defendant Travelers is and was, both at the time of the commencement of this action and at the time of the filing of this Notice of Removal, a corporation organized and existing under the laws of the State of Connecticut, with its principal places of business in the State of Connecticut, and, therefore, a citizen of Connecticut; and

   (d) Defendants Doyle and Pohanka are nominal parties in this action and, therefore, their citizenship is not considered for purposes of determining diversity of citizenship under 28 U.S.C. § 1332, and their consent to removal is not required and has not been obtained; and

   (e) Defendant Travelers has consented to and requests removal.

11. Alternatively, if Defendants Doyle and Pohanka are not nominal parties, they should be realigned with Plaintiff as they have an interest in coverage, and therefore, these Defendants are more properly aligned with Plaintiff.

12. Travelers will promptly give written notice of the filing of this Notice of Removal to Plaintiff and all other parties and will promptly file a copy of this Notice with the Circuit Court for Clarke County, Virginia.

13. Plaintiff has not requested a jury trial in this action.

WHEREFORE, Travelers hereby requests that this action be removed from the Circuit Court for Clarke County, Virginia to the United States District Court for the Western District of Virginia, Harrisonburg Division, pursuant to this Notice of Removal, and that the Court assume jurisdiction over this action.

**Respectfully submitted,**

**THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT**

**By:** /s/ John B. Mumford, Jr.
       **Counsel**

John B. Mumford, Jr. (VSB No. 38764)
Jessica A. Swauger (VSB No. 89612)
HANCOCK, DANIEL & JOHNSON, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
jmumford@hancockdaniel.com
jswauger@hancockdaniel.com
Telephone: (804) 967-9604
Facsimile: (804) 967-9888
*Counsel for The Travelers Indemnity Company of Connecticut*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Donald S. Culkin (VSB No. 30140)
Peter C. Burnett (VSB No. 17222)
BURNETT & WILLIAMS, P.C.
105 Loudoun Street, SE
Leesburg, VA 20175
Telephone: (703) 777-1650
Facsimile: (703) 777-9833
peterb@burnettwilliams.com
dculkin@burnettwilliams.com
*Counsel for Plaintiff*

/s/ John B. Mumford, Jr.
John B. Mumford, Jr. (VSB No. 38764)
Jessica A. Swauger (VSB No. 89612)
HANCOCK, DANIEL & JOHNSON, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
jmumford@hancockdaniel.com
jswauger@hancockdaniel.com
Telephone:  (804) 967-9604
Facsimile:  (804) 967-9888
*Counsel for The Travelers Indemnity Company of Connecticut*